■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON URENA, Appellant. [934 NYS2d 707]—

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty days after service of a copy of this order.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Gonzalez, P.J., Mazzarelli, Andrias, Sweeny and Román, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON LEBRON, Appellant. [935 NYS2d 267]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Edward McLaughlin, J.), entered on or about October 28, 2008, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the order so appealed from be and the same is hereby affirmed. Concur—Gonzalez, P.J., Mazzarelli, Andrias, Sweeny and Román, JJ.